**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MARVELL SEMIEN, | No.  2:25-cv-01764-TLN-DMC |
| Petitioner, | |
| v. | ORDER |
| PAT HORN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 30, 2026, District Judge granted Respondent's motion to dismiss, declined to issue a certificate of appealability, entered judgment, and closed this case. See ECF No. 22. On March 5, 2026, Petitioner filed a notice of appeal and request for certificate of appealability. See ECF No. 29. In light of the District Judge declining to issue a certificate of appealability, the undersigned will deny Petitioner's request, without prejudice to renew such request to the Ninth Circuit.

IT IS SO ORDERED.

Dated:  March 19, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1